# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

_____

MAY 2006 GRAND JURY
(Impaneled 5/5/06)

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

07-CR-

**ANTWAN ROSEMOND,**
(Counts 1, 2, 5, 6 and 7)

**Violations:**
Title 21, United States Code,
Sections 841(a)(1), 843(b),
and 846.

**SHANNON PERRYMAN  a/k/a "Chris",**
(Counts 1 and 12)

**PARRIS WARREN, JR.,**
(Count 1)

**ANDREW WILLIAMS,**
(Counts 1, 8, 9 and 13)

**ANTHONY BLACKWELL,**
(Count 1)

**HODARI WELLS,**
(Count 1)

**DEMARIO NANCE,**
(Counts 1, 10 and 11)

**JAMES COOPER, JR.**
(Counts 1, 3, 4, 14 and 15)

## COUNT 1

### The Grand Jury Charges:

Between in or about December 2004 and in or about October
2005, the exact dates being unknown, in the Western District of New

York, and elsewhere, the defendants, ANTWAN ROSEMOND, SHANNON PERRYMAN a/k/a "CHRIS", PARRIS WARREN, JR., ANDREW WILLIAMS, ANTHONY BLACKWELL, HODARI WELLS, DEMARIO NANCE and JAMES COOPER, JR., did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21 United States Code, Section 846.

## COUNT 2

### The Grand Jury Further Charges:

Between in or about December 2004 and in or about October 2005, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, ANTWAN ROSEMOND, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

**The Grand Jury Further Charges:**


On or about May 20, 2005, in the Western District of New York, the defendant, JAMES COOPER, JR., did knowingly, intentionally and unlawfully possess with intent to distribute and distribute 5 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


## COUNT 4

**The Grand Jury Further Charges:**

On or about June 10, 2005, in the Western District of New York, the defendant, JAMES COOPER, JR., did knowingly, intentionally and unlawfully possess with intent to distribute and distribute, 5 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNTS 5-15

**The Grand Jury Further Charges:**

On or about the dates and times set forth below, in the Western District of New York, and elsewhere, the defendants listed below did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of acts constituting felonies under Title 21, United States Code, Sections 841(a)(1) and 846, that is, possession with intent to distribute and distribution of cocaine and cocaine base, Schedule II controlled substances, and conspiracy to do so; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

| COUNT | DEFENDANT | DATE | TIME |
|-------|-----------|------|------|
| 5 | ANTWAN ROSEMOND | 07/21/05 | 11:09 a.m. |
| 6 | ANTWAN ROSEMOND | 09/07/05 | 10:40 p.m. |
| 7 | ANTWAN ROSEMOND | 09/06/05 | 12:54 p.m. |
| 8 | ANDREW WILLIAMS | 08/11/05 | 03:28 p.m. |
| 9 | ANDREWS WILLIAMS | 07/03/05 | 12:26 p.m. |

| COUNT | DEFENDANT | DATE | TIME |
|-------|-----------|------|------|
| 10 | DEMARIO NANCE | 07/21/05 | 07:26 p.m. |
| 11 | DEMARIO NANCE | 07/27/05 | 11:34 p.m. |
| 12 | SHANNON PERRYMAN | 09/03/05 | 12:58 p.m. |
| 13 | ANDREW WILLIAMS | 07/03/05 | 12:13 a.m |
| 14 | JAMES COOPER, JR. | 05/20/05 | 11:32 a.m |
| 15 | JAMES COOPER, JR. | 06/10/05 | 10:46 a.m. |

DATED:   Buffalo, New York, January <u>24</u>, 2007.


TERRANCE P. FLYNN
United States Attorney

**S/MICHAEL DIGIACOMO**

BY:   MICHAEL DIGIACOMO
Assistant U. S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 885
michael.digiacomo@usdoj.gov

A TRUE BILL:


**S/FOREPERSON**
FOREPERSON